THOMAS ULLERY, Respondent, v. NATIONAL CAR RENTAL SYSTEM, INC., Appellant, et al., Defendants.

Concur — Stevens, J. P., Steuer, Capozzoli, McNally and McGivern, JJ.

ANDREW LATZKO, Respondent, v. GEORGE SPECTOR, Appellant

Concur — Stevens, J. P., Steuer, Capozzoli, McNally and McGivern, JJ.